UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEWIS C. BROWN and JEROME Z. MACE,<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS QUINN, et al.,<br><br>Defendants. | Civil Action<br>No. 20-07002 (CPO)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

**IT IS** on this  7th  day of  December , 2021

**ORDERED** that Plaintiff Brown's Motion for Default Judgment, ECF No. 17, is **DENIED** without prejudice; and it is further

**ORDERED** that the Clerk of Court shall **VACATE** entry of default as to Defendant Dennis Quinn (ECF No. 16); it is further

**ORDERED** that Plaintiff Brown is granted leave to effect proper service of the Summons and Complaint on all Defendants within sixty (60) days; failure to effect service in this time will result in the dismissal of Plaintiff Brown's claims pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff may renew his request for default only if Defendants fail to respond after proper service.

 s/ Christine P. O'Hearn 
Christine P. O'Hearn, U.S.D.J.